| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Oscar A Ochoa**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9480**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | |
| Case number:   **18–11925–BFK** | | |

## Discharge of Debtor                                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Oscar A Ochoa

<u>September 27, 2021</u>                              **For the court:**          William C. Redden
                                                                                                                         Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 18-11925-BFK |
| Oscar A Ochoa | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: chandlerk | Page 1 of 2 |
| Date Rcvd: Sep 27, 2021 | Form ID: 3180W | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Oscar A Ochoa, 10244 Magnolia Grove Dr, Manassas, VA 20110-7975 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14427915 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Rd Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 14511849 | + | Harris & Loftus, 7900 Suddley Rd. #608, Manassas VA 20109-2806 |
| 14396223 | | Harris & Loftus, 7900 Sudley Rd #608, Chantilly, VA 20151-0000 |
| 14396224 | + | McCabe Weisberg & Conway, 312 Marshall Ave. Ste 800, Laurel, MD 20707-4808 |
| 14742291 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Dept. PO Box 619096, Dallas, TX 75261-9096 |
| 14453212 | + | Pacific Union Financial LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234-6071 |
| 14396225 | + | Pacific Union Financial LLC, 1603 LBJ Freeway Ste 500, Dallas, TX 75234-6071 |
| 14396226 | + | Surety Trustees LLC, 722 E Market St Ste 203, Leesburg, VA 20176-4475 |
| 14396227 | + | Wellington Community Assn. Inc, c/o HarrisLoftus PLLC, 7900 Sudley Rd Ste 608, Manassas, VA 20109-2806 |
| 14396228 | + | Xenia Paz de Ochoa, 10244 Magnolia Grove Dr, Manassas, VA 20110-7975 |
| 14410072 | + | c/o McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, Suite 800, Laurel, MD 20707-4808 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14396221 | + | EDI: CAPITALONE.COM | Sep 28 2021 03:53:00 | Capital One, PO Box 30287, Salt Lake City, UT 84130-0287 |
| 14472812 | | EDI: CAPITALONE.COM | Sep 28 2021 03:53:00 | Capital One Bank (USA), N.A., by American InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14396222 | + | EDI: CHASEAUTO | Sep 28 2021 03:53:00 | Chase Bank, PO Box 78101, Phoenix, AZ 85062-8101 |
| 14434316 | | EDI: CHASEAUTO | Sep 28 2021 03:53:00 | JPMorgan Chase Bank, N.A., P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | JPMorgan Chase Bank, National Association |
| cr | | Wellington Community Association, Inc. |
| cr | *+ | Pacific Union Financial LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0422-9 | User: chandlerk | Page 2 of 2 |
| Date Rcvd: Sep 27, 2021 | Form ID: 3180W | Total Noticed: 17 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021           Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon R. Jordan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bjordan@raslg.com, rascrane@ecf.courtdrive.com |
| Daniel M. Press | on behalf of Debtor Oscar A Ochoa dpress@chung-press.com  pressdm@gmail.com |
| David William Gaffey | on behalf of Creditor Wellington Community Association  Inc. dgaffey@wtplaw.com, clano@wtplaw.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Malcolm Brooks Savage, III | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LOGSECF@logs.com |
| Mark David Meyer | on behalf of Creditor Pacific Union Financial LLC bankruptcy@rosenberg-assoc.com |
| Mark David Meyer | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bankruptcy@rosenberg-assoc.com |
| Mary F. Balthasar Lake | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LOGSECF@logs.com |
| Nadeem Tariq | on behalf of Creditor JPMorgan Chase Bank  National Association NTariq@mwc-law.com |
| Nicole L. McKenzie | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper Nicole@talawgroup.com |
| Richard Derrick Painter | on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcyva@mwc-law.com |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 12